UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:20-cv-06903-SVW-AFM                                              Date:  October 30, 2020

Title   **Mario U. Grassano, Jr. v. The Los Angeles Society for the Prevention of Cruelty to Animals et al.**

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

      On September 23, 2020, Defendant SEAACA filed a Motion to Dismiss Amended Complaint and Request for Injunction (ECF No. 20) as to "many of the individual claims" against it.  The Court set out a briefing schedule requiring the plaintiff to serve and file an opposition not later than October 15, 2020.  Plaintiff was also advised that failure to oppose a motion to dismiss may be construed as consent to the granting of the motion and may result in dismissal of the action.  Local Rule 7-12.  (ECF No. 22.)  The docket shows that, as late as the date of this Order, plaintiff has not filed an opposition to SEAACA's motion to dismiss.

      Accordingly, IT IS ORDERED that within 10 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed as to SEAACA.  Further, plaintiff is admonished that if he fails to timely file a response, the Court will recommend that this action be dismissed as to SEAACA.

|  | : |
|---|---|
| **Initials of Preparer** | ib |