UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:20-cv-06903-SVW-AFM                           Date: March 8, 2021

Title     Mario U. Grassano v. The Los Angeles Society for the Prevention of
          Cruelty to Animals et al

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|              Ilene Bernal              |              N/A              |
| :---: | :---: |
|              Deputy Clerk              |       Court Reporter / Recorder       |

|  Attorneys Present for Plaintiff:  |  Attorneys Present for Defendants:  |
| :---: | :---: |
|                N/A                 |                N/A                  |

**Proceedings (In Chambers):  Notice of Dismissal (Filed March 3, 2021; ECF No. 25)**

     Plaintiff has filed a Notice of Dismissal dismissing this action pursuant to Federal
Rule of Civil Procedure 41(a).  Each defendants shall file a response to the Notice (including
whether it stipulates to dismissal) no later than March 15, 2021.

     IT IS SO ORDERED.

Initials of Preparer                    :
                                        ib